IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE A. McGUIRE,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DELAWARE RIVER & BAY  )<br>AUTHORITY  )<br>  )<br>      Defendant.  ) | Civil Action No. 06-640 GMS |

### ORDER

It appearing from the court file and docket that a summons was issued in the above-captioned matter on October 17, 2006, and the 120-day limit for the completion of service in this case having expired on February 19, 2007, and the defendant not having been served within that time period,

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

March 14, 2007

_____
UNITED STATES DISTRICT JUDGE



FILED
MAR 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE