AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/24/07 |
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED: DELAWARE RIVER & BAY AUTHORITY AT ROUTE 295 NEW CASTLE, DE COPIES THEREOF WERE ACCEPTED BY MICKIE PROUD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/07
          Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

FILED
APR 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
IN ADMIRALTY

CATHERINE A. McGUIRE,
    Plaintiff
-vs.-
DELAWARE RIVER & BAY
AUTHORITY,
    Defendant.

C.A. No. 06-640

JURY TRIAL
DEMANDED

### SUMMONS

**You are hereby summoned** and required to file with the Clerk of the US District Court and serve upon the Plaintiff's attorney

PETER E. HESS, Esq.
P.O. Box 7753
Wilmington, DE 19803-7753

An Answer to the Complaint which is herewith served upon you within 20 (twenty) days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

PETER T. DALLEO
CLERK OF THE COURT

OCT 17 2006
Date

(By) Deputy Clerk