## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

June 7, 2007

TO:    Counsel

RE:    McGuire v. Delaware Bay
       Civil Action No. 06-640

Dear Counsel:

    Please submit a report regarding the status of this case, via electronic case filing, no later than June 21, 2007.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet