IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CATHERINE A. McGUIRE                          :

      Plaintiff                                :

  v.                                         : Civil Action No. 06-640 GMS

DELAWARE RIVER & BAY                          :
AUTHORITY
                                             :
      Defendant
                                             :

## ORDER TO ANSWER

WHEREAS, on October 17, 2006, the plaintiff filed a complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on April 17, 2007, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on February 13, 2007; and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1.  The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


                    /s/ Gregory M. Sleet
                    UNITED STATES DISTRICT JUDGE


June 26, 2007