## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CATHERINE A. McGUIRE,          :
           Plaintiff          :          C.A. No. 06-640 (GMS)
                       :          Jury Trial Demanded

      vs.          :

                       :
DELAWARE RIVER & BAY          :
AUTHORITY,          :
           Defendant          :

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused a copy of:

1.     this Notice of Service;

2.     Defendant's Interrogatories Addressed to Plaintiff, Catherine A. McGuire; and

3.     Defendant, Delaware River and Bay Authority's Document Requests Directed to Plaintiff, Catherine A McGuire.

to be served on December 17, 2007, by first class mail, postage prepaid upon the following:

Peter E. Hess Esquire
P.O. Box 7753
Wilimington, DE  1803-7753

ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:
Mary Elisa Reeves, Esquire
DONNA ADELSBERGER
 & ASSOCIATES, P.C.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530
(215) 576-8690

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Plaintiff,*
*Delaware River and Bay Authority*