IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE A. McGUIRE,<br>           Plaintiff<br><br>vs.<br><br>DELAWARE RIVER & BAY<br>AUTHORITY,<br>           Defendant | :<br>:   C.A. No. 06-640 (GMS)<br>:   Jury Trial Demanded<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DEPOSITIONS OF CATHERINE McGUIRE AND JOHN McGUIRE

TO:   Peter E. Hess, Esquire
        3307 Hermitage Road
        P.O. Box 7753
        Wilmington, DE 19803

PLEASE TAKE NOTICE that defendant's counsel will take the oral depositions of the following individuals at the dates and times indicated below:

| Deponent | Date | Time |
|---|---|---|
| John McGuire | Tuesday, January 29, 2008 | 10:00 a.m. |
| Catherine McGuire | Tuesday, January 29, 2008 | 2:00 p.m. |

The depositions will take place at Rosenthal, Monhait & Goddess, P.A., 919 N. Market Street, Suite 1401, Wilmington, DE 19801 and will be transcribed stenographically. You are invited to attend and cross-examine.

Dated: December 18, 2007

                                        ROSENTHAL, MONHAIT & GODDESS, P.A.

OF COUNSEL:                           By: /s/ Carmella P. Keener
Mary Elisa Reeves, Esquire             Carmella P. Keener (DSBA No. 2810)
DONNA ADELSBERGER             919 N. Market Street, Suite 1401
  & ASSOCIATES, P.C.                Citizens Bank Center
6 Royal Avenue                                P.O. Box 1070
P.O. Box 530                                   Wilmington, DE 19899-1070
Glenside, PA 19038-0530             (302) 656-4433
(215) 576-8690                              ckeener@rmgglaw.com
                                       *Attorney for Defendant,*
                                       *Delaware River and Bay Authority*

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on December 18, 2007, I caused a copy of the foregoing Notice of Depositions of Catherine McGuire and John McGuire to be electronically served via CM/ECF upon the following:

>Peter E. Hess, Esquire
>3307 Hermitage Road
>P.O. Box 7753
>Wilmington, DE 19801

>/s/ *Carmella P. Keener*
>Carmella P. Keener (DSBA No. 2810)
>Rosenthal, Monhait & Goddess, P.A.
>919 N. Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899-1070
>(302) 656-4433
>ckeener@rmgglaw.com
>*Attorney for Defendant,*
>*Delaware River and Bay Authority*