IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CATHERINE A. McGUIRE,
    Plaintiff
-vs.-                          C.A. No. 1:06-cv-640 GMS
DELAWARE RIVER & BAY
AUTHORITY,
    Defendant.

## STIPULATION OF DISMISSAL

**The Undersigned parties** hereby Stipulate to the Dismissal of this action with prejudice.

**So Stipulated** this 14th day of February, 2008.

_____/s/_____        _____/s/_____
Carmella P. Keener, Esquire                    PETER E. HESS, Esq.
ROSENTHAL, MONHAIT & GODDESS, P.A.   P.O. BOX 7753
919 N. Market Street, Suite 1401             Wilmington DE 19803-7753
Citizens Bank Center                           (302) 690-1715
P.O. Box 1070                                  DE Bar No. 2298
Wilmington, DE 19801
Phone: (302) 656-4433                      Counsel for Plaintiff

DE Bar No. 2810

Lisa Reeves, Esq.
Donna Adelsberger & Associates, P.C.
6 Royal Ave., P.O. Box 530
Glenside, PA. 19038
*pro hac vice*

Counsel for Defendant

**IT IS SO ORDERED** this _____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE